**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:** <br><br> **117 SPENCER, LLC,** <br><br> **Debtor.** | **Chapter 11** <br><br> **Case No: 23-40590** |

## CERTIFICATE OF SERVICE

I, Leah A. O'Farrell, hereby certify that on July 24, 2023, I served a copy of the following documents via the Court's EC/CMF system upon all parties entitled to notice thereunder and upon those on the annexed list by first-class mail and/or email as indicated:

1. *Motion for an Order (1) Authorizing the use of Cash Collateral, (2) Granting Replacement Liens, (3) Scheduling a Hearing on the Further Use of Cash Collateral, and (4) Granting Other Relief* [ECF No. 2];
2. *Affidavit of Lisa Venuto in Support of Motion for an Order (1) Authorizing the use of Cash Collateral, (2) Granting Replacement Liens, (3) Scheduling a Hearing on the Further Use of Cash Collateral, and (4) Granting Other Relief* [ECF No. 3]; and
3. *Order re: Motion for Use of Cash Collateral* [ECF No. 9].

/s/ *Leah A. O'Farrell*
Leah A. O'Farrell (BBO #708424)
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA  02109
Tel.: (617) 423-0400
E-mail: lofarrell@murphyking.com

Dated: July 24, 2023

**VIA EMAIL:**

- **Gary M. Hogan (Garyh@bbb-lawfirm.com)**
- **Jim Roberti (jroberti@jrobertilaw.com)**

**VIA FIRST CLASS MAIL:**

| | |
|---|---|
| Commonwealth of Massachusetts<br>Division of Unemployment Assistance<br>Legal Department<br>19 Staniford Street, 1st Floor<br>Boston, MA 02114-2502 | United States Attorney<br>John J. Moakley US Federal Courthouse<br>One Court House Way, Suite 9200<br>Boston, MA 02210 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101 | Securities & Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| Securities and Exchange Commission<br>Boston Regional Office<br>33 Arch Street<br>24th Floor<br>Boston, MA 02110-1424 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564 |
| Office of The United States Trustee<br>5 Post Office Square<br>Suite 1000<br>Boston, MA 02109 | Office of the Attorney General<br>Commonwealth of Massachusetts<br>Fair Labor Division<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108 |
| National Grid Gas<br>PO Box 1040<br>Northborough, MA 01532 | National Grid Electric<br>PO Box 960<br>Northborough, MA 01532 |
| Country Bank<br>15 South Street<br>Suite C<br>Ware, MA 01776 | QS Private Lending, LLC<br>Attn:Gary M. Hogan, Esq.<br>Baker, Braverman & Barbadoro, P.C.<br>300 Crown Colony Drive<br>Quincy, MA 02169-0904 |
| Town of Spencer<br>Water Department<br>3 Old Meadow Rd<br>Spencer, MA 01562 | Resource Capital LLC<br>Attn: James Roberti<br>James L. Roberti, P.C.<br>57 Jefferson Street<br>Milford, MA 01757 |

Resource Capital LLC
259 Turnpike Road
Suite 100
Southborough, MA 01772

QS Private Lending, LLC
83 Speen Street
Natick, MA 01760

Spectrum/Charter Communications, Inc.
400 Washington Blvd.
Stamford, CT 06902