UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | |
|    117 SPENCER, LLC    ) | CHAPTER 11 Debtor |
| ) | CASE NO. 23-40590-EDK |
| ) | |

## NOTICE OF APPEARANCE OF GARY M. HOGAN, ESQUIRE
## AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to MLBR 9010-1(c) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, Gary M. Hogan, Esquire, as counsel to creditor/mortgagee QS Private Lending, LLC, hereby appears in the above-captioned case and requests that notice of all matters in the case be served upon him at the address set forth below. Request is hereby also made for services of copies of all papers of any kind, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, requests, answers and reply papers, and notice of all hearings and other proceedings, either formal or informal, whether written or oral, and whether transmitted by mail, electronic mail, hand delivery, telephone, telegraph, telex or otherwise, relating to any issue that may be raised in the above-captioned case.

                              Respectfully submitted,
                              QS Private Lending LLC,
                              By its Attorney,

DATED: August 4, 2023        /s/ Gary M. Hogan
                                          Gary M. Hogan, Esquire BBO# 642002
                                          Baker, Braverman & Barbadoro, P.C.
                                          1200 Crown Colony Drive, Suite 610
                                          Quincy, MA  02169
                                          Telephone: (781) 848-9610
                                          garyh@bbb-lawfirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:                                   )
    117 SPENCER, LLC             )          CHAPTER 11 Debtor
                                  )          CASE NO. 23-40590-EDK
                                  )

## CERTIFICATE OF SERVICE

I, Gary M. Hogan, Esquire do hereby certify that on August 4, 2023, I have served a copy of the *Notice of Appearance of Gary M. Hogan, Esq. and Request for Service of Notices and Pleadings* to the parties listed on the service list below via electronic mail and/or by US mail:

| | |
|---|---|
| Richard King, Asst. U.S. Trustee | USTPRegion01.WO.ECF@USDOJ.GOV |
| D. Ethan Jeffery, Esq. | ejeffery@murphyking.com |
| Christine Devine, Esq. | Christine@CDevinelaw.com |
| Mark Powers, Esq. | mpowers@bowditch.com |
| Leah Anne Farrell, Esq. | lofarrell@murphyking.com |

/s/Gary M. Hogan
GARY M. HOGAN, ESQ. (BBO #642002)
Baker, Braverman & Barbadoro, P.C.
1200 Crown Colony Drive, Suite 610
Quincy, MA 02169
Tel.: (781) 848-9610
garyh@bbb-lawfirm.com

2