**Fill in this information to identify the case:**

Debtor name: **117 Spencer LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known): **23-40590-EDK**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                        12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................................  $ **4,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................  $ **39,920.11**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................  $ **4,039,920.11**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................  $ **2,315,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................  +$ **51,206.95**

4. **Total liabilities** ....................................................................................................  $ **2,366,206.95**
   Lines 2 + 3a + 3b