

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | 117 Spencer, LLC | Ch. 11 |
| | | 23-40590-EDK |
| | Debtor(s). | |

### Proceeding Memorandum and Order

**MATTER:**

#31 Motion of Debtor for (A) Approval of Settlement, (B) Approval of Debtor-In Possession Financing, and (C) Additional Relief
#32 Objection filed by Country Bank for Savings

**Decision set forth more fully as follows:**

THIS HEARING IS CONTINUED TO OCTOBER 11, 2023 AT 9:30AM IN WORCESTER, COURTROOM 3.

SUPPLEMENTAL BRIEFS ARE DUE ON OR BEFORE 10/06/23.

Dated: 09/29/2023

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge