**Fill in this information to identify the case:**

Debtor name: **117 Spencer LLC**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS - EASTERN DIVISION

Case number (if known): **23-40590-EDK**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................    $  **4,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................................    $  **39,920.11**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................    $  **4,039,920.11**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $  **2,315,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................    $  **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$  **51,206.95**

4. **Total liabilities** .................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                                          $  **2,366,206.95**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| **117 SPENCER LLC,** | **Chapter 11** |
| | **Case No: 23-40590** |
| **Debtor.** | |

## CERTIFICATE OF SERVICE

I, Leah A. O'Farrell, hereby certify that on December 8, 2023 I served a copy of the *Summary of Assets and Liabilities for Non-Individuals* via the Court's ECF/CMF system upon all parties entitled to notice thereunder and upon those on the annexed list by first-class mail.

/s/ *Leah A. O'Farrell*
Leah A. O'Farrell (BBO #708424)
Murphy & King, P.C.
28 State Street, Suite 3101
Boston, MA  02109
Tel.: (617) 423-0400
E-mail: lofarrell@murphyking.com

Dated: December 8, 2023

**VIA ECF:**

- **Janelle Austin**   jaustin@k-plaw.com
- **Jonathan D Eichman**   jeichman@k-plaw.com
- **Gary M. Hogan**   garyh@bbb-lawfirm.com, jessicac@bbb-lawfirm.com;kimberlyk@bbb-lawfirm.com
- **Richard King**   USTPRegion01.WO.ECF@USDOJ.GOV
- **Mark W. Powers**   mpowers@bowditch.com, kkosmenko@bowditch.com
- **Adam J. Ruttenberg**   aruttenberg@beaconlawgroup.com
- **Lisa D. Tingue**   lisa.d.tingue@usdoj.gov

**VIA FIRST CLASS MAIL:**

Commonwealth of Massachusetts
Division of Unemployment Assistance
Legal Department
19 Staniford Street, 1st Floor
Boston, MA 02114-2502

Office of the Attorney General
Commonwealth of Massachusetts
Fair Labor Division
One Ashburton Place, 18th Floor
Boston, MA 02108-1518

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Country Bank
15 South Street
Suite C
Ware, MA 01082-1628

National Grid Gas
PO Box 1040
Northborough, MA 01532-4040

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

Spectrum/Charter Communications, Inc.
400 Washington Blvd.
Stamford, CT 06902

National Grid Electric
PO Box 960
Northborough, MA 01532-0960

Town of Spencer
Water Department
3 Old Meadow Road
Spencer, MA 01562-2065

Resource Capital LLC
Attn: James Roberti
James L. Roberti, P.C.
57 Jefferson Street
Milford, MA 01757-3440

Resource Capital LLC
259 Turnpike Road
Suite 100
Southborough, MA 01772-1706

QS Private Lending, LLC
83 Speen Street
Natick, MA 01760-4183

Verizon
500 Technology Drive
Suite 550
Weldon Spring, MO 63304-2225

Charlton Oil & Propane
125 Southbridge Rd.
Charlton, MA 01507-5239